BEFORE THE FIRST DIVISION, DECEMBER 7, 1954

**No. 58562.**—H. J. L. Baum Co. and Wheeler & Miller *v.* United States, protest 99549–K (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer the same in all material respects as those the subject of Abstract 56902, the claim of the plaintiffs was sustained.

**No. 58563.**—New York Merchandise Co., Inc. *v.* United States, protest 183994–K (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of compass rings similar in all material respects to those the subject of Abstract 58039, the claim of the plaintiff was sustained.

**No. 58564.**—Patel, Pein & Hudson, Inc. *v.* United States, protest 230555–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of hot plate mats of wood the same in all material respects as those the subject of Abstract 57261, the claim of the plaintiff was sustained.